ROBERT PATRICK STICHT (SBN 138586)
T. RUSSELL NOBILE*
ROBERT POPPER*
ERIC LEE (SBN 327002)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Telephone: (202) 646-5172
Fax: (202) 646-5199
Email: rsticht@judicialwatch.org
Email: Rnobile@judicialwatch.org
Email: Rpopper@judicialwatch.org
Email: Elee@judicialwatch.org

*Application for admission pro hac vice forthcoming

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DARRELL ISSA, JAMES B. OERDING, JERRY GRIFFIIN, MICHELLE BOLOTIN, and MICHAEL SIENKIEWICZ,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California, and ALEX PADILLA, in his official capacity as Secretary of State of California,<br><br>Defendants. | Case No. 2:20-cv-01044-MCE-CKD<br><br>**NOTICE OF RELATED CASE**<br><br>(*Republican Nat'l Comm. v. Newsom*, 2:20-at-00509) |

Plaintiffs hereby provide notice under Local Rule 123 that this case is related to the pending case *Republican National Committee v. Newsom* (*RNC*), 2:20-at-00509. As with *RNC*, this case concerns the constitutionality of Defendant Newsom's Executive Order N-64-20. More specifically, both the *RNC* plaintiffs and the Plaintiffs in this matter challenge Executive Order N-64-20 as violating the Elections Clause, the Electors Clause, and the Fourteenth Amendment, among other claims. This case thus qualifies as "related to another action" under Local Rule 123(a). And assignment to a single judge is "likely to effect a savings of judicial effort and other economies." L.R. 123(b); *see also* L.R. 123(c).

Dated: May 26, 2020

Respectfully submitted,

JUDICIAL WATCH, INC.

By: _____
ROBERT PATRICK STICHT
T. RUSSELL NOBILE*
ROBERT POPPER*
ERIC LEE
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Telephone: (202) 646-5172
Fax: (202) 646-5199
Email: rsticht@judicialwatch.org
Email: Rnobile@judicialwatch.org
Email: Rpopper@judicialwatch.org
Email: Elee@judicialwatch.org

*Application for admission pro hac vice forthcoming*

Attorneys for Plaintiffs