UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL ISSA, et al., | No. 2:20-cv-01044-MCE-CKD |
| Plaintiffs, | |
| v. | **RELATED CASE ORDER** |
| GAVIN NEWSOM, et al., | |
| Defendants. | |
| REPUBLICAN NATIONAL COMMITTEE, et al., | No. 2:20-cv-01055-KJM-CKD |
| Plaintiffs, | |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

An examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve the same defendant and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law and would therefore entail a substantial duplication of labor if heard by different judges.

///

1  Accordingly, the assignment of the matters to the same judge is likely to effect a
2  substantial savings of judicial effort and is also likely to be convenient for the parties.
3      The parties should be aware that relating the cases under Local Rule 123 merely
4  has the result that both actions are assigned to the same judge; no consolidation of the
5  action is effected.  Under the regular practice of this court, related cases are generally
6  assigned to the district judge and magistrate judge to whom the first filed action was
7  assigned.
8      IT IS THEREFORE ORDERED that the action denominated 2:20-cv-01055-KJM-
9  CKD, Republican National Committee, et al. v. Gavin Newsom, et al., is reassigned to
10  Senior District Judge Morrison C. England, Jr. and will remain assigned to Magistrate
11  Carolyn K. Delaney for all further proceedings, and any dates currently set in this
12  reassigned case only are hereby **VACATED**.  The caption on documents filed in the
13  reassigned case shall be shown as 2:20-cv-01055-MCE-CKD.
14      IT IS FURTHER ORDERED that the Clerk of the Court make appropriate
15  adjustment in the assignment of civil cases to compensate for this reassignment.
16      IT IS SO ORDERED.
17  Dated:  May 26, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE