ROBERT PATRICK STICHT (SBN 138586)
T. RUSSELL NOBILE*
ROBERT POPPER*
ERIC W. LEE (SBN 327002)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Telephone: (202) 646-5172
Fax: (202) 646-5199
Email: rsticht@judicialwatch.org
Email: rnobile@judicialwatch.org
Email: rpopper@judicialwatch.org
Email: elee@judicialwatch.org

*Application for admission pro hac vice forthcoming

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DARRELL ISSA, JAMES B. OERDING, JERRY GRIFFIIN, MICHELLE BOLOTIN, and MICHAEL SIENKIEWICZ,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California, and ALEX PADILLA, in his official capacity as Secretary of State of California,<br><br>　　　　Defendants. | No. 2:20-cv-01044-MCE-CKD<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Action Filed: May 21, 2020<br><br>Judge: Hon. Morrison C. England, Jr. |

1  PLEASE TAKE NOTICE that Eric W. Lee of Judicial Watch, Inc. is admitted to practice
2  before this Court, and hereby appears in this case as counsel for Plaintiffs Darrell Issa, James B.
3  Oerding, Jerry Griffin, Michelle Bolotin, and Michael Sienkiewicz.

Dated: May 27, 2020                     Respectfully submitted,

/s/ Eric W. Lee
ERIC W. LEE (SBN 327002)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Telephone: (202) 646-0008
Fax: (202) 646-5199
Email: elee@judicialwatch.org

Attorney for Plaintiffs