

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

Darrell Issa, James B. Oerding, Jerry Griffin, Michelle Bolotin, and Michael Sienkiewicz.

          Plaintiff(s),

v.

Newsom, et al.

          Defendant(s).

Case No. 2:20-cv-1044-MCE-CKD

I, Robert D. Popper, attorney for Darrell Issa, James B. Oerding, Jerry Griffin, Michelle Bolotin, and Michael Sienkiewicz, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.  In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Judicial Watch, Inc. |
| Address: | 425 Third Street, SW |
| | Suite 800 |
| City: | Washington |
| State: | DC     ZIP Code: 20024 |
| Voice Phone: | (202) 646-5172 |
| FAX Phone: | (202) 646-5199 |
| Internet E-mail: | rpopper@judicialwatch.org |
| Additional E-mail: | info@judicialwatch.org |
| I reside in City: | Bethesda     State: MD |

I was admitted to practice in the <u>District of Columbia Court of Appeals</u> (court) on <u>November 7, 2014</u> (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I **have** concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

<u>Griffin, et al. v. Padilla</u>, Case No. 2:19-cv-01477-MCE-DB (E.D. Cal. 2019), ECF No. 13. Petition for pro hac vice filed August 9, 2019 and granted by the Court on August 19, 2019. ECF No. 18.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | Eric W. Lee |
| Firm Name: | Judicial Watch, Inc. |
| Address: | 425 Third Street, SW |
| | Suite 800 |
| City: | Washington |
| State: | DC          ZIP Code: 20024 |
| Voice Phone: | (202) 646-0008 |
| FAX Phone: | (202) 646-5199 |
| E-mail: | elee@judicialwatch.org |

Dated: <u>May 27, 2020</u>          Petitioner: _[signature]_

**ORDER**

IT IS SO ORDERED.

Dated: May 29, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE