XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
JAY C. RUSSELL
Deputy Attorney General
JOHN W. KILLEEN, State Bar No. 258395
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6045
  Fax: (916) 324-8835
  E-mail: John.Killeen@doj.ca.gov
*Attorneys for Defendants Gavin Newsom
and Alex Padilla*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRELL ISSA, JAMES B. OERDING, JERRY GRIFFIN, MICHELLE BOLOTIN, and MICHAEL SIENKIEWICZ,**<br><br>                      Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, in his official capacity as Governor of the State of California, and ALEX PADILLA, in his official capacity as Secretary of State of California,**<br><br>                      Defendants. | No. 2:20-cv-01044-MCE-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSE TO THE COMPLAINT**<br><br>Judge:    The Honorable Morrison C. England, Jr.<br>Trial Date:  None set<br>Action Filed:  5/21/2020 |

# STIPULATION

Plaintiffs Darrell Issa, James B. Oerding, Jerry Griffin, Michelle Bolotin, and Michael Sienkiewicz and Defendants California Governor Gavin Newsom and California Secretary of State Alex Padilla (collectively, the Parties) agree to and request that the Court approve the requested extension of time under Local Rule 144:

1. On May 21, Plaintiffs filed the Complaint for Declaratory and Injunctive Relief.  ECF 1.

2. Defendants' deadline to answer or otherwise respond to the complaint is June 16.

3. On June 2, the Court *sua sponte* issued an order setting the following briefing schedule for Plaintiffs' anticipated motion for preliminary injunction:

> Plaintiffs' Motions for Preliminary Injunction shall be filed on or before June 11, 2020. Defendants' Oppositions shall be filed on or before June 25, 2020, and Plaintiffs' Replies shall be filed on or before July 9, 2020.

ECF 11.

4. To preserve Court and Party resources, the Parties have agreed to, and request that the Court approve, a stipulation extending the time for Defendants to answer or otherwise respond to the complaint until two weeks after the Court's decision on Plaintiffs' motion for preliminary injunction.

IT IS SO STIPULATED.

Dated:  June 5, 2020

> XAVIER BECERRA
> Attorney General of California
> ANTHONY R. HAKL
> Supervising Deputy Attorney General
> JAY C. RUSSELL
> Deputy Attorney General
>
> */s/ John W. Killeen*
> JOHN W. KILLEEN
> Deputy Attorney General
> *Attorneys for Defendants Gavin Newsom and Alex Padilla*

Dated: June 5, 2020

*/s/ T. Russell Nobile (signature used by permission granted June 5, 2020)*
JUDICIAL WATCH, INC.
Robert Patrick Sticht
T. Russell Nobile
Robert Popper
Eric Lee

*Attorneys for Plaintiffs Darrell Issa, James B. Oerding, Jerry Griffin, Michelle Bolotin, and Michael Sienkiewicz*

**ORDER**

Having reviewed the Parties' stipulation, and good cause appearing, it is ordered that that time for Defendants to answer or otherwise respond to the complaint is extended until two weeks after the Court's decision on Plaintiffs' motion for preliminary injunction.

IT IS SO ORDERED.

DATED: _____
THE HONORABLE MORRISON C. ENGLAND
DISTRICT JUDGE

SA2020301341
34132186.docx

# CERTIFICATE OF SERVICE

| Case Name: | **Issa, Darrell, et al v. Gavin Newsom, et al** | No. | **2:20-cv-01044 MCE CKD** |
|---|---|---|---|

I hereby certify that on June 5, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSE TO THE COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 5, 2020, at Sacramento, California.

| Tracie L. Campbell | */s/ Tracie Campbell* |
|---|---|
| Declarant | Signature |

SA2020301341
34135663.docx