ROBERT PATRICK STICHT (SBN 138586)
T. RUSSELL NOBILE (Pro Hac Vice)
ROBERT POPPER (Pro Hac Vice)
ERIC LEE (SBN 327002)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Telephone: (202) 646-5172
Fax: (202) 646-5199
Email: rsticht@judicialwatch.org
Email: Rnobile@judicialwatch.org
Email: Rpopper@judicialwatch.org
Email: Elee@judicialwatch.org

Attorneys for Plaintiffs,
*Darrell Issa, et al*.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DARRELL ISSA, et al., <br><br> Plaintiffs, <br> v. <br> GAVIN NEWSOM, et al., <br><br> Defendants. | Case No. 2:20-cv-01044-MCE-CKD <br><br> **PROOF OF SERVICE** <br> (Summons Returned Executed) |
| REPUBLICAN NATIONAL COMMITTEE et al., <br><br> Plaintiffs, <br> v. <br> GAVIN NEWSOM, et al., <br><br> Defendants. | Case No. 2:20-cv-01055-MCE-CKD |

Plaintiffs, by counsel, hereby file proof of service of the summons and complaint and related case initating documents on Defendant, Gavin Newsom, in his official capacity as Governor of the State of California, Defendant Alex Padilla, in his

official capacity as Secretary of State of California, and the Office of the Attorney General of the State of California.

June 5, 2020                                          Respectfully submitted,

                                                      JUDICIAL WATCH, INC.


                                      By:    /s/ Robert Patrick Sticht.
                                             ROBERT PATRICK STICHT

                                             T. RUSSELL NOBILE*
                                             ROBERT D. POPPER*
                                             ERIC LEE
                                             425 Third Street SW, Suite 800
                                             Washington, D.C. 20024
                                             Telephone: (202) 646-5172
                                             Fax: (202) 646-5199
                                             Email: rsticht@judicialwatch.org
                                             Email: Rnobile@judicialwatch.org
                                             Email: Rpopper@judicialwatch.org
                                             Email: Elee@judicialwatch.org
                                             *Pro Hac Vice

                                                  Attorneys for Plaintiffs
                                                  Darrell Issa, et al.