Robert P. Sticht, Esq.  SBN: 138586
Judicial Watch, Inc.
P. O. Box 49457  425 Third Street SW, Suite 800
Los Angeles, CA 90049
(310) 889-1950

# UNITED STATES DISTRICT COURT
## EASTERN DIVISION

CASE NUMBER: 2:20-CV-01044-MCE-CKD

DARRELL ISSA, et al          Plaintiff(s)

v.

GAVIN NEWSOM, et al          Defendant(s)

**PROOF OF SERVICE
SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the (specify documents):
   a. ☐ summons
      ☐ complaint
      ☐ alias summons
      ☑ other **See attached Document List**
      ☐ first amended complaint
      ☐ second amended complaint
      ☐ third amended complaint
      ☐ third party complaint
      ☐ counter claim
      ☐ cross claim

2. Person served:
   a. ☑ Defendant (name:) GOVERNOR GAVIN NEWSOME
   b. ☐ Other (specify name and title or relationship to the party/business named):
   c. ☑ Address where the papers were served: 1303 10th Street, Suite 1173
                                                Sacramento, CA 95814

3. **Manner of Service** in compliance with (the appropriate box **must** be checked):
   a. ☐ Federal Rules of Civil Procedure
   b. ☑ California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. ☐ By **Personal Service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ Papers were served on (date): at (time):
   b. ☑ By **Substituted Service**. By leaving copies: R. Baljian - Legal Assistant
      1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☑ (business) or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☑ Papers were served on (date): 5/26/2020 at (time): 2:50 PM
      4. ☐ by mailing (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☐ papers were mailed on
      6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant.
   c. ☐ **Mail and acknowledgment of service**. By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

# Cal Legal Support Group

3104 O Street, Suite 291
Sacramento, CA 95816
Phone: (916) 441-4396   Fax: (916) 400-4948

## Continued from Proof of Service

**CLIENT:** Judicial Watch, Inc.

**CLIENT FILE #:**　　　　　　　　　　　　　　　　　　　　**DATE:** May 27, 2020

**SUBJECT:** GOVERNOR GAVIN NEWSOME

**SERVED:** R. Baljian - Legal Assistant

```
Initial Pretrial Scheduling Order; Magistrate Judge Consent in Civil
Cases; Notice of Avilability Voluntary Dispute Resolution;
```



CAL LEGAL SUPPORT GROUP

Order# CP59494/DocAtt2010

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.** (F.R.Civ.P. 4(h)) (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** (C.C.P. 415.20 only) By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   **Name of person served:**

   **Title of person served:**

   **Date and time of service:** *(date):*  at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

   Doug Williams
   Cal Legal Support Group
   3104 O Street, Suite 291
   Sacramento, CA 95816
   (916) 441-4396

   a. Fee for service: $ **49.50**
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☑ Registered California process server
      Registration # :**2019-22**
      County: **Sacramento**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **May 27, 2020**     **Doug Williams**        *(Signature)*
                            *Type or Print Server's Name*

---

PROOF OF SERVICE - SUMMONS AND COMPLAINT

CV-1 (03/10)                                                                 PAGE 2
                                                                             CP59494

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE  5-26-2020 |
| NAME OF SERVER (PRINT) Doug Williams | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Gov. G. Newsome 1303 10th Street #1173 Sacto, CA 95814

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: R. Baljian, Legal Asst.

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5-26-2020
              Date

Signature of Server

Address of Server
3104 O Street, #291
Sacto, CA 95816

Documents Served:
Summons and Complaint
Civil Case Cover Sheet
Initial Pretrial Scheduling Order
Magistrate Consent Form
VDRP Notice