

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

DARRELL ISSA, JAMES B. OERDING, JERRY GRIFFIN, MICHELLE BOLOTIN, and MICHAEL SIENKIEWICZ,

    Plaintiff(s),

Case No. 2:20-cv-01044-MCE-CKD

v.

GAVIN NEWSOM, in his official capacity as Governor of California; and ALEX PADILLA, in his official capacity as California Secretary of State

    Defendant(s).

I, __Abha Khanna_____,

attorney for _DCCC; California Democratic Party_____,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Perkins Coie LLP |
| Address: | 1201 Third Avenue, Suite 4900 |
| | |
| City: | Seattle |
| State: | WA    ZIP Code: 98101 |
| Voice Phone: | (206) 359.8312 |
| FAX Phone: | (206) 359.9312 |
| Internet E-mail: | AKhanna@perkinscoie.com |
| Additional E-mail: | VSalinas@perkinscoie.com |
| I reside in City: | Seattle    State: WA |

I was admitted to practice in the <u>State of Washington</u> (court) on <u>6/16/2010</u> (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☑ / have not ☐ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
<u>RNC v. Newsom, 2:20-cv-01055-MCE-CKD (application filed concurrently)</u>

.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:          <u>Jonathan P. Hawley</u>

Firm Name:     <u>Perkins Coie LLP</u>

Address:       <u>1201 Third Avenue, Suite 4900</u>

City:          <u>Seattle</u>

State:         <u>WA</u>          ZIP Code: <u>98101</u>

Voice Phone:   <u>(206) 359-6467</u>

FAX Phone:     <u>(206) 359-7467</u>

E-mail:        <u>JHawley@perkinscoie.com</u>

Dated: <u>6/8/2020</u>          Petitioner: *s/Abha Khanna*

**ORDER**

IT IS SO ORDERED.

Dated:  June 10, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE