

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

DARRELL ISSA, JAMES B. OERDING,
JERRY GRIFFIN, MICHELLE BOLOTIN,
and MICHAEL SIENKIEWIC

                         Plaintiff(s),

v.

GAVIN NEWSOM, in his official
capacity as Governor of the State of
California, and ALEX PADILLA, in
his official capacity as Secretary of
State of California,

Defendant(s).

Case No. 2:20-cv-01044-MCE-CKD

       I, <u>Henry James Brewster</u>,

attorney for <u>DCCC and California Democratic Party</u>.

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule

180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed

below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

       My business address is:

Firm Name:          <u>Perkins Coie LLP</u>

Address:            <u>700 13th Street NW</u>

                          <u>Suite 800</u>

City:                 <u>Washington</u>

State:              <u>District of Columbia</u>    ZIP Code: <u>20005</u>

Voice Phone:     <u>(202) 654-6200</u>

FAX Phone:      <u>(202) 654-6211</u>

Internet E-mail:   <u>HBrewster@perkinscoie.com</u>

Additional E-mail:                                   

I reside in City:   <u>Washington</u>        State:  <u>District of Columbia</u>

I was admitted to practice in the <u>District of Columbia</u> (court)

on <u>07/08/2016</u> (date).  I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

<u>RNC v. Newsom; 2:20-cv-01055-MCE-CKD; Filed 06/08/2020; Pending</u>

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:          <u>Jonathan Hawley</u>

Firm Name:    <u>Perkins Coie LLP</u>

Address:       <u>1201 Third Avenue</u>

               <u>Suite 4900</u>

City:          <u>Seattle</u>

State:         <u>Washington</u>     ZIP Code: <u>98101</u>

Voice Phone:  <u>(206) 359-8000</u>

FAX Phone:    <u>(206) 359-9000</u>

E-mail:       <u>JHawley@perkinscoie.com</u>


Dated: <u>06/08/2020</u>          Petitioner: <u>*/s/ Henry J. Brewster*</u>

**ORDER**

IT IS SO ORDERED.


Dated:  June 10, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE