MARK D. ROSENBAUM (CA Bar No. 59940)
mrosenbaum@publiccounsel.org
KATHRYN EIDMANN (CA Bar No. 268053)
keidmann@publiccounsel.org
JESSELYN FRILEY (CA Bar No. 319198)
jfriley@publiccounsel.org
PUBLIC COUNSEL
610 S. Ardmore Avenue
Los Angeles, California 90005
Telephone:    (213) 385-2977
Facsimile:    (213) 385-9089

JOHN LIBBY (CA BAR NO. 128207)
JLibby@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: 310.312.4000
Facsimile: 310.312.4224

JON GREENBAUM (CA Bar No. 166733)
jgreenbaum@lawyerscommittee.org
EZRA ROSENBERG (D.C. Bar No. 360927)
*Pro Hac Vice* Application Pending
erosenberg@lawyerscommittee.org
POOJA CHAUDHURI (CA Bar No. 314847)
pchaudhuri@lawyerscommittee.org
BRADLEY S. PHILLIPS (CA Bar No. 85263)
bphillips@lawyerscommittee.org
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
1500 K Street NW
Washington, DC 20005
Telephone:    (202) 662-8600
Facsimile:    (202) 783-0857

CHRISTOPHER L. WANGER (CA Bar No. 164751)
CWanger@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, California 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Intervenor-Defendants,
CALIFORNIA COMMON CAUSE, LEAGUE
OF WOMEN VOTERS OF CALIFORNIA and
COMMUNITY COALITION

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL ISSA, JAMES B. OERDING, JERRY GRIFFIN, MICHELLE BOLOTIN and MICHAEL SIENKIEWICZ<br><br>Plaintiffs,<br><br>vs.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California; and ALEX PADILLA, in his official capacity as Secretary of State of California,<br><br>Defendants. | Case No. 2:20-cv-01044-MCE-CKD<br><br>**DECLARATION OF THE LEAGUE OF WOMEN VOTERS OF CALIFORNIA IN SUPPORT OF MOTION TO INTERVENE (PURSUANT TO 28 U.S.C. § 1746)**<br><br>Date: July 9, 2020<br>Time: 2:00 pm<br>Courtroom: 7, 14th Floor<br>Judge: Hon. Morrison C. England, Jr. |

1

I, Stephanie Doute, am over the age of 18 and fully competent to make the following declaration. The facts in this declaration are based on my personal knowledge and upon information available to me through the files and records of the League of Women Voters of California ("LWVC"), where I serve as Executive Director. If called upon as a witness, I would testify to these facts. Under penalty of perjury, I declare and state the following:

1. I am the Executive Director of the League of Women Voters of California (LWVC). In that capacity, I am responsible for the day-to-day administration and management of the LWVC; for carrying out directions given by the Board of Directors; and for developing strategy to ensure that the League meets its organizational objectives and mission. There are over 60 local Leagues of Women Voters in cities and counties throughout California. LWVC is the California chapter of the League of Women Voters of the United States ("LWVUS"), which is headquartered in Washington, D.C. I make this declaration on behalf of LWVC in the above-captioned action.

2. The LWVC is a Sacramento-based non-profit, nonpartisan political organization with a membership of over 7500 that encourages informed and active participation in government, works to increase understanding of major public policy issues, and influences public policy through education and advocacy.

3. The LWVC builds participation in the democratic process, studies key community issues at all government levels in an unbiased manner, and enables people to engage in civic life through programs designed to drive more informed and representative voter participation and a better understanding of the policy issues that affect all Californians. A core outcome of LWVC is voter education, registration, and engagement.

4. The League of Women Voters' mission is to empower voters and defend democracy. We run candidate forums, provide voter education, and register voters. LWVC members do community outreach work and meet prospective voters at town halls and other community organization meetings. We are active in advocating for voter empowerment through legislation and other policy work, and we also work on transparency and accountability to make

sure that the state's voter-friendly policies are implemented. We view ourselves as working not only for our members, but for the public.

5. The League of Women Voters of California has seven staff members, over 7500 dues-paying members, and a significant number of volunteers throughout the state. We have members of all ages and genders, and we have a sizable contingent of members who are over the age of 60. Our volunteers go out into the community to educate and register voters and to host candidate forums. We send volunteers to high schools and citizenship ceremonies. We have had to change our community outreach practices to prevent the spread of COVID-19.

6. The League of Women Voters of California believes that at the most basic level, our vote is our voice. Voting is the fundamental building block to creating the future that we want for our state. That is why we work hard to eradicate impediments to voting; empower people to vote according to their values; and make sure that they have access to unbiased, plain-language information about the mechanics of voting. We work to improve the system and provide voters with the tools they need to vote with confidence. Our non-partisan status is important to us because we believe that Californians deserve unbiased information to make their own decisions and that every eligible voter should be able to cast a ballot that will be counted.

7. LWVC has closely followed the rise in COVID-19 infections in California. Many LWVC members, and many voters in general, are elderly or suffer from underlying conditions and comorbidities, including diabetes and heart disease. These conditions put them at a higher risk of developing serious complications from COVID-19.

8. Vote-by-mail is a critical part of empowering voters, particularly during the pandemic. Providing mail-in ballots gives qualified, eligible voters much more expansive access to participation in democracy. No one should have to risk their life and health to make their voice heard.

9. For many people, especially the elderly and those with underlying medical conditions, it is not safe for them to vote in person during this time. California's reopening will not change this—in fact, the risk of increasing spread of the disease following reopening only makes it more important that elderly LWVC members stay home. And for other people, it is

always a hardship for them to vote in person, but the pandemic has made it even harder. Many people face transportation challenges when voting, particularly if they are elderly people or people with disabilities. Transportation options have become much more limited during the pandemic as people try to limit their contact with others outside of their household.

10. Vote-by-mail options are also critical because there will be fewer in-person voting locations for the November 2020 election. There are likely to be longer lines, as polling stations will have to accommodate social distancing and disinfection. In-person voting is going to put people at a higher risk of COVID-19 infection and will make the process of voting more difficult.

11. Because of the COVID-19 crisis, LWVC will ramp up voter education around the vote-by-mail process. Historically, LWVC has informed its members and the communities that it serves about the vote-by-mail process in California, encouraged them to vote by mail if that is their desire, and offered resources for them to navigate the complex, multi-step process. When the rules are finalized for November 2020, LWVC will further enhance those efforts. We are hosting virtual town hall meetings and helping our volunteers and members inform their communities about the process of voting during the pandemic. We are updating our voter guides, found at votersedge.org and easyvoterguide.org, which focus on the election process and how to vote. Voter's Edge is in English and Spanish, and the Easy Voter Guide is community-reviewed with people who have low-literacy and translated into five languages.

12. We are spending a significant amount of staff time on public education and working with legislators to make sure that their changes to the voting system are equitable and take into account underrepresented groups, including people with disabilities, people who are unhoused or experiencing housing insecurity, and people who need language assistance. Every voter should have access to the support that they need to vote, and at this time when voting in person is a health risk, everyone should have access to vote-by-mail.

13. In order to empower all voters to vote by mail, it is crucial for registered voters to receive a ballot in the mail automatically. We expect many voters, including many of our members, will want to vote-by-mail rather than risk their health by voting in person. For many of them, this will be their first time doing so and they will need as much help as they can get to

make the process easier. The more we can eliminate barriers for people who may not have voted by mail before, the better.

14. Many voters do not understand that, during a normal election, they would have to request a vote-by-mail ballot or be registered as a permanent vote-by-mail voter to take advantage of that option. The amount of education that voters need even in a normal election is huge.

15. Many LWVC members and voters in communities it serves find the process of requesting a vote-by-mail ballot burdensome. Voters in some counties have to mail or fax a written vote-by-mail application to their county elections office, which requires printers, postage, and a trip to the post office. And before a voter can apply to vote by mail, they have to know that the option is available, that it requires an application, and that the application process is administered by their county.

16. COVID-19 has caused so many changes and disruptions to the November 2020 elections. Under these circumstances, the potential to confuse and disenfranchise voters is huge. Sending mail-in ballots to voters automatically will remove a significant barrier to voting. If they do not receive a ballot automatically, many people will stay home rather than risk their health by voting.

17. There is evidence from counties that automatically offer vote-by-mail ballots under California's Voter's Choice Act that doing so increases voter participation. We have seen evidence that it works in California.

18. Governor Newsom's Executive Order requiring all counties to send mail-in ballots to every registered voter is an important step toward removing barriers to voting and empowering all voters to vote safely.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 10th day of June, 2020.

/s/Stephanie Doute (original signature retained by attorney John Libby)
Stephanie Doute