MARK D. ROSENBAUM (CA Bar No. 59940)
mrosenbaum@publiccounsel.org
KATHRYN EIDMANN (CA Bar No. 268053)
keidmann@publiccounsel.org
JESSELYN FRILEY (CA Bar No. 319198)
jfriley@publiccounsel.org
PUBLIC COUNSEL
610 S. Ardmore Avenue
Los Angeles, California 90005
Telephone:    (213) 385-2977
Facsimile:    (213) 385-9089

JOHN LIBBY (CA BAR NO. 128207)
JLibby@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone:  310.312.4000
Facsimile:  310.312.4224

JON GREENBAUM (CA Bar No. 166733)
jgreenbaum@lawyerscommittee.org
EZRA ROSENBERG (D.C. Bar No. 360927)
*Pro Hac Vice* Application Pending
erosenberg@lawyerscommittee.org
POOJA CHAUDHURI (CA Bar No. 314847)
pchaudhuri@lawyerscommittee.org
BRADLEY S. PHILLIPS (CA Bar No. 85263)
bphillips@lawyerscommittee.org
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
1500 K Street NW
Washington, DC 20005
Telephone:   (202) 662-8600
Facsimile:   (202) 783-0857

CHRISTOPHER L. WANGER (CA Bar No. 164751)
CWanger@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, California 94111
Telephone:  (415) 291-7400
Facsimile:  (415) 291-7474

Attorneys for Intervenor-Defendants,
CALIFORNIA COMMON CAUSE, LEAGUE OF WOMEN VOTERS OF CALIFORNIA and COMMUNITY COALITION

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL ISSA, JAMES B. OERDING, JERRY GRIFFIN, MICHELLE BOLOTIN and MICHAEL SIENKIEWICZ<br><br>Plaintiffs,<br><br>vs.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California; and ALEX PADILLA, in his official capacity as Secretary of State of California,<br><br>Defendants. | Case No. 2:20-cv-01044-MCE-CKD<br><br>**DECLARATION OF COMMUNITY COALITION IN SUPPORT OF MOTION TO INTERVENE PURSUANT TO 28 U.S.C. § 1746**<br><br>Date: July 9, 2020<br>Time: 2:00 pm<br>Courtroom: 7, 14th Floor<br>Judge: Hon. Morrison C. England, Jr. |

1

I, Hector Sanchez, am over the age of 18 and fully competent to make the following declaration. The facts in this declaration are based on my personal knowledge and upon information available to me through the files and records of Community Coalition ("CoCo"), where I serve as Deputy Political Director. If called upon as a witness, I would testify to these facts. Under penalty of perjury, I declare and state the following:

1. CoCo is a community-based organization that aims to strengthen democracy in South Los Angeles by building collective power and uniting communities. CoCo has successfully organized and passed multiple policy reforms that raise the conditions of everyday residents of the area: black and brown communities and people living below the poverty line.

2. I have worked for CoCo since January 1999, in a number of roles. I am currently CoCo's Deputy Political Director and was recently Director of Finance. I helped start CoCo's voter engagement work over 15 years ago.

3. My recent responsibilities include managing our budget, financial statements, and direct communication with the Board. My primary responsibility now is to ensure that we align our political work with the organizing and leadership development of our members.

4. CoCo has a full-time staff of almost 50 people, about 1000 volunteers, and around 3500 dues-paying members. We are an intergenerational, black and brown organization, and our membership and staff reflect that. We work with high school students all the way up to senior citizens. Our active members are predominantly in South LA.

5. One of CoCo's major platforms includes voter engagement, including voter education and turnout. A community that votes is a community that will be heard. Voter engagement is extremely important for our mission because it is a vehicle that South LA residents can use to bring about social and economic change.

6. Communities like South LA have been continuously disenfranchised and left out of the electoral arena. Several obstacles keep people from coming out and voting, such as inability to physically leave their homes and not having enough voting locations nearby.

7. CoCo has mobilized eligible black and brown residents to come out and vote. In January 2020, CoCo organized events – including Solidarity Days, Ballot Watches, People First

Assembly, Open Houses, and House Meetings – to encourage people to make their voices heard by voting. We contacted more than 22,000 people in advance of the March 2020 Presidential Primary Election. Due to CoCo's voter engagement efforts, South LA neighborhoods vote at nearly twice the rate of the county average.

8. CoCo also collaborates with a partner organization, Power California, to register young voters, particularly young voters of color. Over the past two years, the two organizations have registered more than 40,000 young voters and engaged more than 200,000 voters in the last several elections. Youth of color make up 70% of the millennial generation in California, 50% of whom have an immigrant or refugee background. CoCo and Power California are building a movement of young voters of color and their families from diverse backgrounds, including Black, Latinx, Asian Pacific Islander (API), Native, LGBT, as well as currently and formerly incarcerated people.

9. CoCo has closely followed the rise in COVID-19 infections in California—it has had a huge impact on our members and the communities we serve. Because of the socioeconomic status of our residents, many find themselves on the front lines as essential workers. CoCo members have to brace themselves against the possibility of contracting COVID-19 every time they go to work. Rates of infection have increased, and people are afraid to come out and vote in these conditions.

10. The opportunity to vote by mail in this moment is of utmost importance in our communities. Many CoCo members will rely on vote by mail to cast their ballots this November. For many of them, this will be their first time doing so and they will need as much help as they can get to make the process easier. People need to receive ballots in advance in the mail and have the opportunity to fill it out at home. At all times, but especially now that we face so many health risks, we need to offer people options when they engage in the electoral process. We need to give them the option of voting in person or voting by mail using a ballot they received in advance.

11. Providing mail-in ballots to everyone will give all voters the opportunity to vote safely while ensuring that voters do not face the burdens that keep them from registering for mail-in ballots. Asking people to apply to vote by mail is a huge burden on top of day-to-day life

during a pandemic. It sends the message that their initial voter registration wasn't enough, and that their voices are unwanted and unimportant.

12. Sending a mail-in ballot to all voters will give everyone the opportunity to exercise their voice and will show that the State wants them to engage in the political arena. People who have been disenfranchised, like the people of South LA, need and deserve to hear that message from their political leaders.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 10th day of June, 2020.

<u>/s/Hector Sanchez (original signature retained by attorney John Libby)</u>
Hector Sanchez