MARK D. ROSENBAUM (CA Bar No. 59940)
mrosenbaum@publiccounsel.org
KATHRYN EIDMANN (CA Bar No. 268053)
keidmann@publiccounsel.org
JESSELYN FRILEY (CA Bar No. 319198)
jfriley@publiccounsel.org
PUBLIC COUNSEL
610 S. Ardmore Avenue
Los Angeles, California 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089

JOHN LIBBY (CA BAR NO. 128207)
JLibby@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: 310.312.4000
Facsimile: 310.312.4224

JON GREENBAUM (CA Bar No. 166733)
jgreenbaum@lawyerscommittee.org
EZRA ROSENBERG (D.C. Bar No. 360927)
*Pro Hac Vice* Application Pending
erosenberg@lawyerscommittee.org
POOJA CHAUDHURI (CA Bar No. 314847)
pchaudhuri@lawyerscommittee.org
BRADLEY S. PHILLIPS (CA Bar No. 85263)
bphillips@lawyerscommittee.org
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
1500 K Street NW
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

CHRISTOPHER L. WANGER (CA Bar No. 164751)
CWanger@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, California 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Intervenor-Defendants,
CALIFORNIA COMMON CAUSE, LEAGUE
OF WOMEN VOTERS OF CALIFORNIA and
COMMUNITY COALITION

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL ISSA, JAMES B. OERDING, JERRY GRIFFIN, MICHELLE BOLOTIN and MICHAEL SIENKIEWICZ<br><br>Plaintiffs,<br><br>vs.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California; and ALEX PADILLA, in his official capacity as Secretary of State of California,<br><br>Defendants. | Case No. 2:20-cv-01044-MCE-CKD<br><br>**REQUEST AND [PROPOSED] ORDER TO EXPEDITE BRIEFING SCHEDULE** |

Pursuant to Local Rule 144(e), Proposed Intervenor-Defendants California Common Cause, the League of Women Voters of California, and Community Coalition (together, "Proposed Intervenors") respectfully move this Court to enter an expedited briefing schedule on Proposed Intervenors' concurrently filed Motion to Intervene as Defendants (the "Motion").

As discussed in the Motion, Proposed Intervenors satisfy the requirements for permissive intervention under Federal Rule of Civil Procedure 24. The deadline for Defendants' motion to dismiss is fast approaching, and the Court has set a briefing schedule for Plaintiffs' motion for a preliminary injunction that would require an opposition from Proposed Intervenors prior to the Motion's noticed hearing date of July 9, 2020. *See* ECF No. 17. Expeditious resolution of the Motion would therefore serve the interests of judicial efficiency and ensure that Proposed Intervenors are able to protect their rights and interests and assist the Court.

Accordingly, Proposed Intervenors respectfully request the following schedule:

- Any responses to Proposed Intervenors' Motion to Intervene as Defendants shall be filed on or before Friday, June 12, 2020; and

- Proposed Intervenors shall file a reply on or before Monday, June 15, 2020.

Dated: June 9, 2020

PUBLIC COUNSEL

By: /s/ Mark D. Rosenbaum (as authorized on 6/10/20)
    Mark D. Rosenbaum
    Kathryn Eidmann
    Jesselyn Friley
    610 S. Ardmore Avenue
    Los Angeles, California 90005
    Telephone:  (213) 385-2977
    Facsimile:  (213) 385-9089
    Email:  mrosenbaum@publiccounsel.org
           keidmann@publiccounsel.org
           jfriley@publiccounsel.org

LAWYERS' COMMITTEE FOR CIVIL RIGHTS

By: /s/ Jon Greenbaum (as authorized on 6/10/20)
    Jon Greenbaum
    Ezra Rosenberg
    Pooja Chaudhuri
    Bradley S. Phillips
    1500 K Street NW
    Washington, DC 20005
    Telephone:  (202) 662-8600
    Facsimile:  (202) 783-0857
    Email:  jgreenbaum@lawyerscommittee.org
           erosenberg@lawyerscommittee.org
           pchaudhuri@lawyerscommittee.org
           bphillips@lawyerscommittee.org

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ John Libby
    John Libby
    2049 Century Park East
    Suite 1700
    Los Angeles, CA 90067
    Telephone:  (310) 312-4000
    Facsimile:  (310) 312-4224
    Email:  JLibby@manatt.com

MANATT, PHELPS & PHILLIPS, LLP
    Christopher L. Wanger
    One Embarcadero Center, 30th Floor
    San Francisco, California 94111
    Telephone:  (415) 291-7400
    Facsimile:  (415) 291-7474
    Email:  CWanger@manatt.com

Attorneys for Intervenor-Defendants, CALIFORNIA COMMON CAUSE, LEAGUE OF WOMEN VOTERS OF CALIFORNIA and COMMUNITY COALITION

## [PROPOSED] ORDER

Now before the Court is Proposed Intervenor-Defendants' Request to Expedite Briefing Schedule. Having considered Proposed Intervenor-Defendants' request and the pleadings and papers on file in this action, the Court hereby GRANTS the Request.

Accordingly, the briefing schedule is as follows: • Any responses to Proposed Intervenors' Motion to Intervene as Defendants shall be filed on or before Friday, June 12, 2020; and • Proposed Intervenors shall file a reply on or before Monday, June 15, 2020.

IT IS SO ORDERED.

DATED: June __, 2020

_____
Hon. Morrison C. England, Jr.
Senior United States District Judge