UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL ISSA, JAMES B. OERDING, JERRY GRIFFIN, MICHELLE BOLOTIN and MICHAEL SIENKIEWICZ<br><br>Plaintiffs,<br><br>vs.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California; and ALEX PADILLA, in his official capacity as Secretary of State of California,<br><br>Defendants. | Case No. 2:20-cv-01044-MCE-CKD<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO EXPEDITE BRIEFING SCHEDULE ON MOTION TO INTERVENE** |

Now before the Court is Proposed Intervenor-Defendants' Request to Expedite Briefing Schedule. Having considered Proposed Intervenor-Defendants' request and the pleadings and papers on file in this action, the Court hereby GRANTS the Request.

Accordingly, the briefing schedule is as follows:

• Any responses to Proposed Intervenors' Motion to Intervene as Defendants shall be filed on or before Friday, June 12, 2020; and

• Proposed Intervenors shall file a reply on or before Monday, June 15, 2020.

1

IT IS SO ORDERED.

DATED: June __, 2020

_____
Hon. Morrison C. England, Jr.
Senior United States District Judge

Presented by:

PUBLIC COUNSEL

Mark D. Rosenbaum
Kathryn Eidmann
Jesselyn Friley

LAWYERS' COMMITTEE FOR CIVIL RIGHTS

Jon Greenbaum
Ezra Rosenberg
Pooja Chaudhuri
Bradley S. Phillips

MANATT, PHELPS & PHILLIPS, LLP

John Libby
Christopher L. Wanger