Robert Patrick Sticht (SBN 138586)
T. Russell Nobile*
Robert Popper*
Eric Lee (SBN 327002)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
(202) 646-5172
(202) 646-5199 (fax)
Rsticht@judicialwatch.org
Rnobile@judicialwatch.org
Rpopper@judicialwatch.org
Elee@judicialwatch.org

*Admitted Pro Hac Vice

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darrell Issa, et al,<br><br>      Plaintiffs,<br>v.<br><br>Gavin Newsom, et al.,<br><br>      Defendants. | Case No. 2:20-cv-01044-MCE-CKD<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: July 16, 2020<br>Hearing Time: 10:00 a.m.<br>Courtroom: Via Videoconference<br>Judge: Hon. Morrison C. England, Jr. |

**NOTICE**

Notice is hereby given that Plaintiffs Darrell Issa, James B. Oerding, Jerry Griffin, Michelle Bolotin, and Michael Sienkiewicz (collectively, "Plaintiffs") make the following motion, which the Court has already set for a hearing at 10:00 a.m. on July 16, 2020, by videoconference. ECF No. 32.

**MOTION**

Pursuant to Local Rule 231(d) and Fed. R. Civ. P. 65, Plaintiffs hereby move to enjoin the enforcement of Executive Order N-64-20, mandating all-mailed balloting during the November 3, 2020 federal election in violation of the Elections Clause and Electors Clause of the United States Constitution. This motion is based on the accompanying memorandum of law, declaration of Robert D. Popper, accompanying exhibits, and the other pleadings on file. Plaintiffs do not desire to present oral testimony at the hearing and estimate the hearing will require one hour. See Local Rule 231(d)(3).

June 11, 2020

Respectfully submitted,

JUDICIAL WATCH, INC.

By: *s/ Russ Nobile*
T. Russell Nobile
Robert Patrick Sticht
Robert Popper
Eric Lee
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Telephone: (202) 646-5172
Fax: (202) 646-5199
Email: Rsticht@judicialwatch.org
Email: Rnobile@judicialwatch.org
Email: Rpopper@judicialwatch.org
Email: Elee@judicialwatch.org

*Admitted pro hac vice*

Attorneys for Plaintiffs