Exhibit 7

"California Lawmaker Scrambles To Fix Bill To Make
It Clear Ballots Won't Go To Phantom Voters."
The San Francisco Chronicle, June 4, 2020

POLITICS

# California lawmaker scrambles to fix bill to make it clear ballots won't go to phantom voters

**John Wildermuth**
June 4, 2020 | Updated: June 4, 2020 6:08 p.m.



Dee McCardell sorts mail ballots at the Department of Elections at San Francisco City Hall in November. A state lawmaker is revising his bill on mail ballots to avoid sending ballots to phantom voters.
Photo: Gabrielle Lurie / The Chronicle

Coronavirus   Local   Food   Election   Sporting Green   Biz+Tech   Culture Desk   Datebook   US & World

California voter this fall after concerns arose that the current version could cause more problems than it would solve.

The measure, AB860 by Democrat Marc Berman of Palo Alto, now states that those ballots would go to every registered voter in the state. That appears to mean not only the

SUBSCRIBE   Sign In

The inactive voter question is a main focus of a Republican lawsuit seeking to block a virtually all-mail election in California in November.

### Unlimited Digital Access for 95¢

Read more articles like this by subscribing to the San Francisco Chronicle

SUBSCRIBE

However, that's not the intention, said a spokesman for Secretary of State Alex Padilla, who supports the bill.

"Only active registered voters will be mailed a vote-by-mail ballot. That is and has been the practice in California," said spokesman Sam Mahood. The state elections code, he said, "already specifies that 'voters with an inactive voter registration status do not receive elections materials.' That includes vote-by-mail ballots."

Berman also said his bill, which he hopes to place on the governor's desk this month, is aimed only at active voters.

"Nobody, nobody, nobody has ever said, 'Let's mail ballots to inactive voters,'" he said Thursday.

But on Tuesday, Democrats on the state Senate elections committee voted down a proposed amendment by state Sen. Jim Nielsen, R-Tehama, that would have required local election officials to send ballots only to active voters.

## Politics Stories



Coronavirus   Local   Food   Election   Sporting Green   Biz+Tech   Culture Desk   Datebook   US & World



POLITICS



POLITICS

counties to add in-person voting…

ballots to protect…

"If the Democrats are intent on expanding vote-by-mail to all voters, we must also enact protections so the possibility of fraud is reduced," Nielsen said in a statement.

Berman said it was not Nielsen's intent, but the wording of the amendment, that was the problem.

"Words are important in legislation, and we didn't want to create unintended consequences," he said.

But Berman also said he has recognized in the past couple of days that the current version of his bill brings problems of its own.

"I think it could be worded better, and I talked with my staff about it (Thursday) morning," he said. "That's why we'll be adding language to the bill in the next few days."

The language will make it clear that only active voters will receive the mail ballots, Berman said. In general, an active voter is anyone who has participated in an election in the previous four years.

Berman's bill is aimed directly at a lawsuit filed against the state, Padilla and Gov. Gavin Newsom over Newsom's executive order last month requiring that mail ballots be sent out statewide as a response to the coronavirus pandemic. The suit was from GOP organizations arguing that the order was an illegal and dangerous attack on the election process.

Coronavirus   Local   Food   Election   Sporting Green   Biz+Tech   Culture Desk   Datebook   US & World

Committee, said in a statement last month announcing the suit.

Although Berman's current bill would probably have squelched complaints that a virtually all-mail November election was illegal, the prospect of ballots going to a

In response to President Trump's tweeted charge that Newsom is seeking to rig the presidential election by "sending ballots to millions of people, anyone living in the state, no matter who they are or how they got there," the secretary of state's office said mail ballots would go to "only active registered voters statewide."

"All the people who keep bringing this up are just trying to reduce the confidence people have in the security of the election," Berman said.

The new wording about inactive voters might not be the only change coming to Berman's bill. The measure now calls for expanding the deadline for mail ballots to arrive and be counted from the current three days after the election to 20 days post-election, and even as long as "two days before the (county) elections official sends the (secretary of state) the final results," whichever is later. That could be as late as December.

Since those ballots still would have to be postmarked by election day, the change probably wouldn't bring a flood of additional late votes. But many county election officials are unhappy with any prospect of an added workload.

"We're getting different pushback from different registrars," Berman said. "We're going to look at the possibility of making a change to give more breathing room to the registrars."

*John Wildermuth is a San Francisco Chronicle staff writer. Email: jwildermuth@sfchronicle.com Twitter: @jfwildermuth*

### Sign up for Political Punch newsletter

Politics from a Golden State perspective.

| Enter your email | SIGN UP |

By subscribing, you agree to our Terms of use and acknowledge that your information will be used as described in our Privacy Policy.

TOP

SUBSCRIBE     Sign In

| | |
|---|---|
| Newspaper Delivery Safety Procedures | Terms of Use |
| Privacy Notice | Careers |
| Your California Privacy Rights | Advertising |

## NEWSROOM

| | |
|---|---|
| Ethics Policy | Anonymous Sources Policy |
| Correction Policy | Endorsement Process |
| Visual Ethics Guidelines | News Tips |

## CONTACT

| | |
|---|---|
| Customer Service | Newsroom Contacts |
| FAQ | |

## CCPA

Do Not Sell My Info

## SERVICES

| | |
|---|---|
| Subscriber Services | Archives |
| e-edition | Membership |
| Reprints & Permissions | Store |
| Corporate Subscriptions | Subscription Offers |
| App | sfgate.com |

HEARST *newspapers*
©2020 Hearst