Exhibit 9

Stipulated Order,
Wilson v. United States of America, et al.
No. C-95-20042-JW and C-94-20860-JW
(N.D. Cal. Feb. 2, 1998)

1  DANIEL E. LUNGREN, Attorney General
   of the State of California
2  LINDA A. CABATIC,
   Senior Assistant Attorney General
3  MARSHA A. BEDWELL,
   Supervising Deputy Attorney General
4  CYRUS J. RICKARDS
   Deputy Attorney General, State Bar No. 98220
5  1300 I Street
   Post Office Box 944255
6  Sacramento, California 94244-2550
   Telephone: (916) 324-5494
7
   Attorneys for Governor Pete Wilson
8  and the State of California

9              UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 PETE WILSON, Governor of the          ) No C-95-20042-JW, C-94-20860 JW
   State of California; STATE OF         )
13 CALIFORNIA                            )
                                         ) (PROPOSED) STIPULATED ORDER
14                        Plaintiffs,    )
                                         )
15      v.                               )
                                         )
16 UNITED STATES OF AMERICA;             )
   JANET RENO, Attorney General;         )
17 TREVOR POTTER, Chairman,              )
   Federal Elections Commission;         )
18 FEDERAL ELECTIONS COMMISSION,         )
                                         )
19                        Defendants.    )
                                         )
20

                              INTRODUCTION
21
        On October 21, 1997, the United States filed a Notice of Motion and Motion for Further
22
   Relief in the above case. In its motion, the United States contended that the operation of California's
23
   Alternate Residency Confirmation procedure (California Elections Code sections 2224 and 2226)
24
   and Fail-Safe Voting procedure (California Elections Code section 14311; California Code of
25
   Regulations, tit. 2, div. 7, chp. 1, section 20107) do not comply with the NVRA. On November 12,
26
   1997, with the agreement of counsel for the United States, counsel for Governor Pete Wilson wrote
27
   to the court requesting that the December 8, 1997 hearing on the motion be taken off calendar to
28
   allow the parties the opportunity to settle the issues encompassed by the motion.

SOS-JW-0000001551

1     The matter is now before the court to memorialize the parties' agreement regarding the issues
2 raised in the motion of the United States.

3 AGREEMENT AND STIPULATION

4     Accordingly, and without prejudice to the parties' right to seek modification of the
5 stipulation should Congress amend or otherwise modify the NVRA, 42 U.S.C. sections 1973gg
6 to 1973gg-10, the parties agree and stipulate and request that the court order as follows:

7     1. With regard to the alternate residency confirmation procedures: without conceding
8 that the California Elections Code sections which give effect to this procedure are contrary to the
9 NVRA, defendants agree not to cancel the voter registration of any voter pursuant to the
10 provisions of Elections Code section 2226, subsection (b).

11     2. With regard to the fail safe voting procedures: without conceding that California
12 Elections Code section 14311 or its implementing regulations promulgated by the Secretary of
13 State are contrary to the NVRA, defendants will modify the implementing regulations to provide
14 that for purposes of fail-safe voting at the office of the county elections official, written
15 affirmation of current residence shall constitute proof of residence. The modified implementing
16 regulations shall further provide that final acceptance of such written affirmation shall be
17 contingent upon verification of signature by comparison with the voter's registration document.
18 Procedures reflecting these modifications shall be in effect no later than May 4, 1998.

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

SOS-JW-0000001552

3. Without conceding that the State of California is subject in any manner or to any extent to the preclearance provisions set forth in sections 4 and 5 of the federal Voting Rights Act, as amended (42 U.S.C. §§1973b(b); 1973c), and solely for purposes of expediting resolution of this litigation, the parties agree that this Stipulation will be submitted to the United States Department of Justice for preclearance insofar as implementation thereof affects, or might affect, the counties of Kings, Merced, Monterey, and Yuba.

Date: 1/29/98

CYRUS J. RICKARDS
Deputy Attorney General
Counsel for Governor Pete Wilson

Date: 1/26/98

BILL LANN LEE
Acting Assistant Attorney General
ELIZABETH JOHNSON
BARRY WEINBERG
MICHELE GILMAN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
Attorneys for United States and Janet Reno

Date: 1/28/98

ROBERT RUBIN
NANCY STUART
Lawyers Committee for Civil Rights of the
San Francisco Bay Area
Counsel for Voting Rights Coalition, et al.

The court hereby adopts this stipulation as its Order.

IT IS SO ORDERED.

DATED: 2/2/98

JAMES WARE
United States District Judge

- 3 -

## DECLARATION OF SERVICE

Case Name: *Voting Rights Coalition, et al., v. Pete Wilson, Governor of the State of California, et al., v. Janet Reno, Attorney General; United States of America*

United States District Court for the Northern District,
Nos. C-94-20860 JW and C-95-20042 JW

I declare:

I am employed in the County of Sacramento, California. I am 18 years of age or older and not a party to the within entitled cause; my business address is 1300 I Street, P.O. Box 944255, Sacramento, California 94244-2550.

On January 29, 1998, I served the attached

**(PROPOSED) STIPULATED ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid by U.S. Mail at Sacramento, California, addressed as follows:

Robert Rubin
Lawyers Committee for Civil Rights
301 Mission Street, Suite 400
San Francisco, CA 94105

Michele Gilman
U.S. Department of Justice
Civil Rights Division, Voting Section
P.O. Box 66128
Washington, D.C. 20035-6128

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on January 29, 1998, at Sacramento, California.

_____CYNTHIA BASINGER_____     _____[signature]_____
                                  Signature

SOS-JW-0000001554