UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREL ISSA, JAMES B. OERDING, JERRY GRIFFIN, MIHCELLE BOLOTIN; and MICHAEL SIENKIEWICZ<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; and ALEX PADILLA, in his official capacity as the California Secretary of State;<br><br>Defendants,<br><br>LULAC, CALIFORNIA LULAC<br><br>Proposed Intervenor-Defendants. | Case No.   2:20-cv-01044-MCE-CKD<br><br>**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE AS DEFENDANTS** |

[PROPOSED] ORDER GRANTING
MOTION TO INTERVENE AS DEFENDANTS

**[PROPOSED] ORDER**

Now before the Court is a LULAC's Motion to Intervene as Defendants. Having considered motion and the pleadings and papers on file in this action, the Court hereby GRANTS the Motion.

**IT IS SO ORDERED**

DATED: _____

_____
Hon. Morrison C. England, Jr.
Senior United States District Judge