

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

DARREL ISSA, JAMES B. OERDING,
JERRY GRIFFIN, MICHELLE BOLOTIN,
And MICHAEL SIENKIEWICZ

                Plaintiff(s),

v.

GAVIN NEWSOM, in his official capacity
as Governor of California; and ALEX
PADILLA, in his official capacity as
California Secretary of State

                Defendant(s).

Case No. 2:20-cv-01044-MCE-CKD

I, Chad Dunn, attorney for Intervenor-Defendants League of United Latin American Citizens and California League of Latin American Citizens, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

Firm Name:      Brazil and Dunn, LLP

Address:        4407 Bee Caves Road

                Suite 111

City:            Austin

State:           Texas      ZIP Code:  78746

Voice Phone:   (512) 717-9822

FAX Phone:    (512) 515-9355

Internet E-mail:   chad@brazilanddunn.com

Additional E-mail:

I reside in City:    Austin                  State:  Texas

I was admitted to practice in the   Texas State Courts   (court)

on   November 6, 2002   (date).  I am presently in good standing and

eligible to practice in said court.  A certificate of good standing from the court in my state of

primary practice is attached to this application. I am not currently suspended or disbarred in

any other court.

I  have ☒ /have not ☐ concurrently or within the year preceding this application made

a pro hac vice application to this court.  (If you have made a pro hac vice application to this

court within the last year, list the name and case number of each matter in which an

application was made, the date of application and whether granted or denied.)

*Republican National Committee, et al v. Gavin Newsom, et al*; No. 2:20-cv-01055-MCE-CKD

*Roxanne Hoge, et al v. Alex Padilla, et al*; No. 2:19-cv-01985-MCE-AC

.

I hereby designate the following member of the Bar of this Court who is registered for

ECF with whom the Court and opposing counsel may readily communicate regarding the

conduct of the case and upon whom electronic notice shall also be served via the court's ECF

system:

Name:        Sonja Diaz

Firm Name:        UCLA Luskin School of Public Affairs

Address:        3250 Public Affairs Building

City:        Los Angeles

State:        CA        ZIP Code:     90095-1656

Voice Phone:  ( 310) 794-9498

FAX Phone:    (        )

E-mail: sonjadiaz@luskin.ucla.edu

Dated:  June 15, 2020        Petitioner:        /s/ Chad W. Dunn

**ORDER**

IT IS SO ORDERED.


Dated: _____                    _____
                                                   JUDGE, U.S. DISTRICT COURT