

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

DARREL ISSA, JAMES B. OERDING,
JERRY GRIFFIN, MICHELLE BOLOTIN,
And MICHAEL SIENKIEWICZ

                Plaintiff(s),      Case No. 2:20-cv-01044-MCE-CKD

v.

GAVIN NEWSOM, in his official capacity
as Governor of California; and ALEX
PADILLA, in his official capacity as
California Secretary of State

                Defendant(s).

I, Chad Dunn, attorney for Intervenor-Defendants League of United Latin American Citizens and California League of Latin American Citizens, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Brazil and Dunn, LLP |
| Address: | 4407 Bee Caves Road |
| | Suite 111 |
| City: | Austin |
| State: | Texas   ZIP Code: 78746 |
| Voice Phone: | (512) 717-9822 |
| FAX Phone: | (512) 515-9355 |
| Internet E-mail: | chad@brazilanddunn.com |
| Additional E-mail: | |
| I reside in City: | Austin   State: Texas |

I was admitted to practice in the  Texas State Courts  (court) on  November 6, 2002  (date).  I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I  have ☒ /have not ☐ concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

*Republican National Committee, et al v. Gavin Newsom, et al*; No. 2:20-cv-01055-MCE-CKD

*Roxanne Hoge, et al v. Alex Padilla, et al*; No. 2:19-cv-01985-MCE-AC

.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | Sonja Diaz |
| Firm Name: | UCLA Luskin School of Public Affairs |
| Address: | 3250 Public Affairs Building |
| City: | Los Angeles |
| State: | CA      ZIP Code: 90095-1656 |
| Voice Phone: | ( 310) 794-9498 |
| FAX Phone: | (    ) |
| E-mail: | sonjadiaz@luskin.ucla.edu |

Dated:  June 15, 2020           Petitioner:  /s/ Chad W. Dunn

**ORDER**

IT IS SO ORDERED.

Dated: June 18, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE