# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| Darrell Issa, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:20-cv-01044-MCE-CKD |
| Gavin Newsom, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor Defs: California Common Cause, League of Women Voters of California & Community Coalition

Date:   6/19/2020

*Attorney's signature*

Pooja Chaudhuri 314847

*Printed name and bar number*

Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Ste. 900
Washington, D.C. 20004

*Address*

pchaudhuri@lawyerscommittee.org

*E-mail address*

202-662-8319

*Telephone number*

202-662-8600

*FAX number*