UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL ISSA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California, et al.,<br><br>    Defendants. | No. 2:20-cv-01044-MCE-CKD<br>*(and related case)*<br>No. 2:20-cv-01055-MCE-CKD |
| REPUBLICAN NATIONAL COMMITTEE; et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California, et al.,<br><br>    Defendants. | **ORDER** |
| DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE, et al.,<br><br>    Intervenor-Defendants. | |

Through the motions presently before the Court, the Public Interest Legal Foundation ("PILF") seeks leave to file amicus briefs in the above-captioned cases on grounds that it can provide useful information to the Court on California's voter roll and the potential for voter fraud in an election conducted entirely by mail.[1]  None of the parties oppose these motions.  See RNC Plaintiffs' Response, Case No. 2:20-cv-0155-MCE-CKD, ECF No. 54 (statement of non-opposition).

Whether to permit an amicus filing rests solely with this Court's discretion, with "great liberality" typically exercised in permitting amicus curiae briefing in the context of a pending case.  In re Roxford Foods Litig., 790 F. Supp. 987, 997 (E.D. Cal. 1991).  Given that liberal standard, and after considering the merits of PILF's position, the Court exercises its discretion in favor of permitting the requested amicus filing.  Therefore, PILF's Motions for Leave to File Amicus Curiae Briefs are GRANTED.

Not later than two (2) days following the date this Order is electronically filed, PILF is ordered to file its proposed amicus brief.  The parties' responses, if any, to the amicus brief shall be filed not later than fourteen (14) days after this order is electronically filed and shall not exceed ten (10) pages.  No reply will be permitted.

IT IS SO ORDERED.

Dated:  June 19, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] See Mot. Leave to File Amicus Curiae Brief, Case No. 2:20-cv-01044-MCE-CKD, ECF No. 39, and Mot. Leave to File Amicus Curiae Brief, Case No. 2:20-cv-01055-MCE-CKD, ECF No. 45.