# EXHIBIT 3

EXECUTIVE DEPARTMENT
STATE OF CALIFORNIA

FILED
In the office of the Secretary of State
of the State of California
NOV 01 1993
MARCH FONG EU, Secretary of State
By _____
Deputy Secretary of State



EXECUTIVE ORDER W-69-93

    I, PETE WILSON, Governor of the State of California, having declared a State of Emergency within the Counties of Los Angeles, Orange, Riverside, San Bernardino, San Diego, and Ventura, hereby invoke and promulgate the following emergency orders pursuant to Government Code section 8571:

1. Operation of Elections Code sections 1007, 1009, 1013, 1017, and 14231 is temporarily suspended with respect to any duly registered voter eligible to vote at the November 2, 1993 Special Statewide Election who is a public safety, emergency services or other person officially engaged in responding to the emergencies set forth in the above-referenced orders.

2. Notwithstanding any other provision of law, elections officials in the above-referenced counties shall, upon demand, issue to any person as described in paragraph one a provisional ballot permitting that person to vote on all statewide measures appearing on the November 2, 1993 Special Statewide Election Ballot. Upon return of such ballot by the voter by the close of the polls on November 2, 1993, the elections official shall immediately transmit for processing said ballot to the elections official in the county where the voter is registered to vote.

3. The Secretary of State shall, in conjunction with local elections officials, prescribe the procedures for carrying out the provisions of this order.

    This order shall take effect immediately and shall remain in effect only as necessary to carry out the purpose of permitting duly registered voters as specified above to vote at the November 2, 1993 Special Statewide Election.

IN WITNESS WHEREOF I have hereunto set my hand and caused the Great Seal of the State of California to be affixed this 1st day of November 1993.

_____
Governor of California

ATTEST:

_____
Secretary of State

By _____
Deputy Secretary of State