# EXHIBIT 4

# EXECUTIVE ORDER S-17-09

08/31/2009

**WHEREAS** there are wildfires burning throughout the State of California, with major fires burning in the counties of Los Angeles, Mariposa, Monterey, Placer, Riverside, and San Bernardino; and

**WHEREAS** I and the Lieutenant Governor have recently proclaimed a State of Emergency to exist in the counties of Los Angeles, Mariposa, Monterey, and Placer; and

**WHEREAS** a number of counties are providing mutual aid to help combat these fires, and firefighters and other emergency workers from throughout the State are responding to these fires, and therefore are away from their homes; and

**WHEREAS**  a special election will be held on September 1, 2009 in California's 10th Congressional District and its 51st Assembly District; and

**WHEREAS** because of these fires, firefighters and emergency workers in the six counties listed above and in counties providing mutual aid, are away from their polling places and it may be difficult or impossible for these individuals to vote in these elections.

**NOW, THEREFORE, I, ARNOLD SCHWARZENEGGER**, Governor of the State of California, by virtue of the power and authority vested in me by the Constitution and statutes of the State of California, including Government Code section 8571, hereby issue the following orders:

1.  Operation of Elections Code sections 3009, 3011, 3017, 3021, 14212, and 14279 is temporarily suspended with respect to any September 1, 2009 special election in the State, for all duly-eligible voters who are public safety workers, emergency service workers or other persons officially engaged in responding to the fires described above. This suspension shall apply to any such voter who is from the above-listed counties or from any county that is providing mutual aid to help combat these fires.

2.  Notwithstanding any other provision of law, elections officials in the above-referenced counties shall, upon demand, issue a provisional ballot to any person described in paragraph one permitting that person to vote on all measures appearing on any September 1, 2009 special election ballot.  Ballots shall be made available at the office of the registrar of voters in the six affected counties, as well as the emergency incident bases in those counties.  Upon return of such ballot by the voter by the close of the polls on September 1, 2009, the elections official shall immediately transmit for processing said ballot to the elections official in the county where the voter is registered to vote

3.  The California Emergency Management Agency (CalEMA), the California Department of Forestry and Fire Protection (CalFIRE), and registrars of voters in the six affected counties shall work together and take necessary steps to get ballots to the emergency incident bases in the six affected counties.  The registrars of voters in the counties covering California's 10th Congressional District and its 51st Assembly District shall be responsible for ensuring that a facsimile or other copy of the ballots is available at the office of the registrar of voters in each of the six affected counties and at the emergency incident bases in those counties.

4.  The Secretary of State shall, in conjunction with local elections officials, prescribe the procedures for carrying out the provisions of this Order.

This Order is not intended to, and does not, create any rights or benefits, substantive or procedural, enforceable at law or in equity, against the State of California, its agencies, departments, entities, officers, employees, or any other person.

**I FURTHER DIRECT** that as soon as hereafter possible, this Order be filed in the Office of the Secretary of State and that widespread publicity and notice be given to this Order.

**IN WITNESS WHEREOF** I have hereunto set my hand and caused the Great Seal of the State of California to be affixed this 31st day of August, 2009.

    ARNOLD SCHWARZENEGGER
    Governor of California


**ATTEST:**
DEBRA BOWEN
Secretary of State