UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL ISSA, JAMES B. OERDING, JERRY GRIFFIN, MICHELLE BOLOTIN, and MICHAEL SIENKIEWICZ,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California, and ALEX PADILLA, in his official capacity as Secretary of State of California,<br><br>Defendants,<br><br>and<br><br>DCCC and CALIFORNIA DEMOCRATIC PARTY,<br><br>Intervenor-Defendants. | Case No.:   2:20-cv-01044-MCE-CKD<br><br>**DECLARATION OF JONATHAN P. HAWLEY** |

I, JONATHAN P. HAWLEY, under penalty of perjury, hereby declare as follows:

1.  I am over eighteen years of age. I have personal knowledge of the facts set forth herein. I am an attorney with the law firm of Perkins Coie LLP. I am admitted to practice law in California and before this Court. I am an attorney for Intervenor-Defendants. I submit this declaration to provide the Court true and correct copies of certain documents submitted in connection with Intervenor-Defendants' Consolidated Opposition to Plaintiffs' Motions for Preliminary Injunction.

2.  Exhibit 1 is a true and correct copy of the declaration of Dr. John Swartzberg, dated June 24, 2020.

3.  Exhibit 2 is a true and correct copy of Executive Order W-29-92, issued by Governor Pete Wilson on May 4, 1992.

4.  Exhibit 3 is a true and correct copy of Executive Order W-69-93, issued by

DECLARATION OF JONATHAN P. HAWLEY—PAGE 1

Governor Pete Wilson on November 1, 1993.

5. Exhibit 4 is a true and correct copy of Executive Order S-17-09, issued by Governor Arnold Schwarzenegger on August 31, 2009.

6. Exhibit 5 is a true and correct copy of Executive Order S-19-09, issued by Governor Arnold Schwarzenegger on September 1, 2009.

7. Exhibit 6 is a true and correct copy of Executive Order B-43-17, issued by Governor Edmund G. Brown, Jr. on October 18, 2017.

DATED this 25th day of June, 2020.

By: */s/ Jonathan P. Hawley*
JONATHAN P. HAWLEY