# EXHIBIT 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL ISSA, JAMES B. OERDING, JERRY GRIFFIN, MICHELLE BOLOTIN, and MICHAEL SIENKIEWICZ,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California, and ALEX PADILLA, in his official capacity as Secretary of State of California,<br><br>Defendants,<br><br>and<br><br>DCCC and CALIFORNIA DEMOCRATIC PARTY,<br><br>Intervenor-Defendants. | Case No.:   2:20-cv-01044-MCE-CKD<br><br>**DECLARATION OF DR. JOHN SWARTZBERG** |

I, JOHN SWARTZBERG, under penalty of perjury, hereby declare as follows:

**I.     Background**

1. I am John Swartzberg, M.D., Clinical Professor Emeritus at the University of California, Berkeley School of Public Health. My current positions at U.C. Berkeley include an active teaching schedule (infectious diseases and clinical medicine courses) and editing two newsletters, the U.C. Berkeley Wellness Letter and the U.C. Berkeley Health After 50 Newsletter. I am board certified in Internal Medicine and in Infectious Diseases. I am a Fellow of the American College of Physicians.

2. I received my medical degree from U.C.L.A. Medical School and did a residency in internal medicine at the University of Colorado. My training in infectious diseases was at Stanford University.

3. I have over thirty years of clinical experience practicing internal medicine and

DECLARATION OF DR. JOHN SWARTZBERG—PAGE 1

infectious diseases. For over four decades I have been the chair of the Infection Control and Prevention committee at a community hospital in Berkeley.

4. Since the SARS-CoV-2 pandemic, I have devoted at least 80 percent of my professional time to teaching graduate students about this virus, advising multiple groups at U.C. Berkeley and the Bay Area community, consulting with multinational corporations about assuring a safe working environment, and extensive work with local, national, and international journalists about the pandemic.

5. I have been provided and have carefully reviewed the declaration of Dr. Ranit Mishori, *see Issa v. Newsom*, No. 2:20-cv-01044-MCE-CKD (E.D. Cal.), ECF No. 33-5, which is completely consistent with our scientific understanding of SARS-CoV-2 and the disease it causes, COVID-19. I am wholly in accord with her observations and conclusions. I submit this report to supplement Dr. Mishori's analysis with an analysis specific to California.

6. I have attached to this declaration a true and correct copy of my curriculum vitae, Exhibit A, listing my academic background and publications. I am being compensated at a rate of $475.00 per hour. My compensation is not contingent upon my conclusions in this report.

7. I have not testified as an expert at trial or by deposition in the past four years.

**II.    COVID-19**

8. As of June 22, 2020, the coronavirus pandemic has already infected at least 183,073 Californians and over 5,580 have died from it. COVID-19 is projected to have caused over 15,000 deaths in California by October 1, 2020.[1]

9. While it is not possible to predict with certainty what the pandemic will look like in California in November, we can estimate the likely course of the disease using modeling and the scientific information currently available. It is highly likely that we will see cases beginning to surge in October and that this increase will continue and accelerate during the month of November.

---

[1] *Covid-19 Projections, California*, Inst. for Health Metrics & Evaluations, https://covid19.healthdata.org/united-states-of-america/california (last visited June 24, 2020).

DECLARATION OF DR. JOHN SWARTZBERG—PAGE 2

While there are several hypotheses as to why this is likely, two are prominent:

    a.    Schools will reopen in late August to early September. The comingling of students will be fertile grounds for the virus to spread.[2] In California, university students will be arriving from all 50 states and many foreign countries. Travel, especially by air, is a very common way for individuals to become infected. Experience suggests that we will begin to register an increase in cases about a month after schools open.

    b.    By November, much of California will become cooler. This will lead to people spending more time indoors than outdoors. Because the virus can spread by droplets and aerosols (and also by direct contact with inanimate objects), being in an enclosed space is a much riskier environment than being outside where there is more air movement.[3] Further, it is much easier to maintain social distancing outside than it is inside.

10.    Two factors independent of COVID-19 will likely have a profound and deleterious effect on our recovery from the pandemic during the fall of 2020:

    a.    At California's latitude, influenza typically begins in late October and early November.[4] In part this is due to schools reopening several weeks earlier. Influenza is spread similarly to COVID-19 and its typical clinical presentation is

---

[2] Generally, health officials recommend schools take various steps to minimize the spread of COVID-19. *See, e.g.*, *Considerations for Schools*, Ctr. for Disease Control & Prevention (May 19, 2020), https://www.cdc.gov/coronavirus/2019-ncov/community/schools-childcare/schools.html; *Considerations for Reopening Institutions of Higher Education in the COVID-19 Era*, Agency for Health Care Admin. Guidelines (May 7, 2020), https://www.acha.org/documents/resources/guidelines/ACHA_Considerations_for_Reopening_IHEs_in_the_COVID-19_Era_May2020.pdf.

[3] Matthew Meselson, *Droplets and Aerosols in the Transmission of SARS-CoV-2*, New Eng. J. of Med. (May 21, 2020), https://www.nejm.org/doi/full/10.1056/NEJMc2009324; Valentyn Stadnytski et al., *The Airborne Lifetime of Small Speech Droplets and Their Potential Importance in SARS-CoV-2 Transmission*, Proceedings of the Nat'l Acad. (May 4, 2020), https://www.pnas.org/content/117/22/11875.

[4] *The Flu Season*, Ctr. for Disease Control & Prevention (June 12, 2018), https://www.cdc.gov/flu/about/season/flu-season.htm.

DECLARATION OF DR. JOHN SWARTZBERG—PAGE 3

indistinguishable from COVID-19.[5] While immunization against influenza does offer some protection (in an average influenza season, about 50 percent are protected from disease)[6] and medications (e.g., oseltamivir) can help shorten the duration of illness, influenza by itself causes a tremendous burden to society. In the U.S. during this last influenza season that ended in April, there were 12,000–61,000 deaths and 140,000–810,000 hospitalizations caused by this virus.[7] Since September 29, 2019, there have been 706 deaths from influenza in California.[8] To have both influenza and SARS-CoV-2 circulating at the same time could easily overburden our fragile healthcare system.

b. Throughout much of California, the fire season will be occurring at the same time as elections. This year, it is likely the fire season will extend beyond Thanksgiving.[9] The particulate matter in the air from fires inflames our airways. It is unclear if this will make people more susceptible to infection; but it is clear that someone with COVID-19 will be more likely to develop serious disease if their airways are already damaged by particulate matter.

## III. Conclusions

11. There are three leading hypotheses[10] as to what to expect from this pandemic until

---

[5] *Similarities and Differences—Covid-19 and Influenza*, Pan Am. Health Org. (Mar. 25, 2020), https://www.paho.org/en/news/25-3-2020-similarities-and-differences-covid-19-and-influenza.

[6] *CDC Seasonal Flu Vaccine Effectiveness Studies*, Ctr. for Disease Control & Prevention (Feb. 21, 2020), https://www.cdc.gov/flu/vaccines-work/effectiveness-studies.html.

[7] *Disease Burden of Influenza*, Ctr. for Disease Control & Prevention (Apr. 17, 2020), https://www.cdc.gov/flu/about/burden/index.html.

[8] *Influenza and Other Respiratory Viruses: Weekly Report*, Ca. Influenza Surveillance Program, Ca. Dept. of Pub. Health (Mar. 21, 2020), https://www.cdph.ca.gov/Programs/CID/DCDC/CDPH%20Document%20Library/Immunization/Week2019-2012_FINALReport.pdf.

[9] Diana Leonard, *California's Mountain Snow Cover Is Vanishing a Month Early, in a Worrying Setup for Fire Season*, Wash. Post (May 8, 2020), https://www.washingtonpost.com/weather/2020/05/08/california-snowpack-fire-season/.

[10] Kristine A. Moore et al., *COVID-19: The CIDRAP Viewpoint*, Ctr. for Infectious Disease

DECLARATION OF DR. JOHN SWARTZBERG—PAGE 4

we have a vaccine or a safe, effective, and available therapeutic:

    a.    The roller coaster scenario: Throughout the remainder of the pandemic we continue to experience ups and downs comparable to what was experienced in March and April of 2020.

    b.    The 1918–1919 Great Influenza Pandemic scenario: Following the wave of cases in the spring there is modest activity in the summer to be followed by a massive number of cases in the fall.

    c.    The best case scenario: Robust testing and vigorous contact tracing coupled with prudent return to work policies minimizes morbidity and mortality.

12. Given the evidence and science, it is very likely that COVID-19 will continue to represent a major health crisis in November 2020.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this 24th day of June, 2020.

By: _____
JOHN SWARTZBERG

---

Research & Pol'y (Apr. 30, 2020), https://www.cidrap.umn.edu/sites/default/files/public/downloads/cidrap-covid19-viewpoint-part1_0.pdf.

DECLARATION OF DR. JOHN SWARTZBERG—PAGE 5

**EXHIBIT A**

UCB-UCSF Joint Medical Program   Phone 510 643-0499
570 University Hall #1190   Fax 510 643-8771
Berkeley, CA 94720-1190   E-mail jes@berkeley.edu

# John Swartzberg, MD, FACP

| | | | |
|---|---|---|---|
| **Education** | 1962 – 1966 | University of California | Berkeley, CA |

**BA**

- Pi Sigma Alpha Honorary Society

| | | |
|---|---|---|
| 1966 – 1970 | University of California | Los Angeles, CA |

**MD**

| | | |
|---|---|---|
| 1970 – 1973 | University of Colorado | Denver, CO |

- Internship and Residency in Internal Medicine

| | | |
|---|---|---|
| 1973 – 1975 | Stanford University | Palo Alto, CA |

- Postdoctoral Fellowship in Infectious Diseases

**Board Certification**

1973:  Board Certified in Internal Medicine

1975:  Board Certified in Infectious Diseases

**Academic Appointments**

1976 – 1984: Assistant Clinical Professor of Medicine, University of California, San Francisco

1984 – 1990: Associate Clinical Professor of Medicine, University of California, San Francisco

1984 – 1990: Associate Clinical Professor of Health and Medical Sciences, University of California, Berkeley

1990 – Present: Clinical Professor of Medicine, University of California, San Francisco

1990 – 2011: Clinical Professor of Health and Medical Sciences, University of California, Berkeley

2012 – Present:  Emeritus Clinical Professor, University of California, Berkeley

**Work Experience**

1975 – 2001: Internal Medicine Private Practice.  Berkeley, CA

1975 – 2010: Infectious Disease Consultant.  Berkeley, CA

1975 – Present: Hospital Epidemiologist, Alta Bates Hospital, Berkeley, CA

1976 – 2010:  Infectious Diseases Consultant, UCB Student Health Service

1990 – 2003: Associate Director, UCB-UCSF Joint Medical Program

2001 – Present: Chair, Editorial Board, UCB Wellness Letter & Health After 50 Newsletter and berkeleywellness.com

2001 – 2010:  Director, UCB-UCSF Joint Medical Program

2003 – 2016:  Member, Scientific Advisory Board, Clorox Corporation

2010 – 2017:  Chair, Scientific Advisory Board, OnLife Corporation

2012 – Present:  Member, Board of Regents, Samuel Merritt University

**Professional Societies and Organizations**

Fellow, American College of Physicians

Member, Infectious Disease Society of America

**Committees and Organizations**

2008 – Present:  Member, Editorial Board, American Journal of Medical Quality

2007 – 2013:  Advisory Board, UC Berkeley Extension

2005 – Present:  Interdisciplinary MPH Program Faculty Advisory Group

2005 – 2011:  Preventive Medicine Advisory Committee

2001 – 2003: UCB School of Public Health Strategic Planning Committee

1975 – present: Chair, Infection Control Committee, Alta Bates Hospital

1992 – 2011:  Co-chair or Member, Curriculum Committee, UCB-UCSF Joint Medical Program

2001 – 2011:  UC Office of the President Medical Student and Workforce Advisory Committee

2003 – 2100:  Chair, Appointments and Promotions Committee, UCB-UCSF Joint Medical Program

2003 – 2011:  Member, UCB School of Public Health Curriculum Committee

2002 – 2011:  Deans Advisory Council, UCB

2006:  Chancellor's Pandemic Flu Preparedness Task Force

2006 – Present:  Chairman of the Corporate Board, Bay Area Albert Schweitzer Fellowship

2007 – 2016:  American Journal of American Epidemiology editorial board

2014 – 2017:  Executive Board, UC Berkeley Emeriti Association

2017 – Present:  President, UC Berkeley Emeriti Association

| | |
|---|---|
| **Publications** | Swartzberg JE (ed.) The Wellness Report:  Eating for Optimal Health, 2009 – 2017 |
| | Swartzberg JE (ed.) The Wellness Report:  Dietary Supplements, 2009 – 2017 |
| | Swartzberg, JE, Pereira, W (eds.)  The Wellness Report:  Men's Health, 2009 – 2017 |
| | Swartzberg, JE, Stachel, L (eds.)  The Wellness Report:  Women's Health, 2009 – 2017 |
| | Swartzberg, JE, Krauss, R (eds.)  The Wellness Report:  Controlling Your Cholesterol, 2009 – 2017 |
| | Rees, Rachel K, Swartzberg, John E.  Feline-transmitted Sporotrichosis: A case study from California.  *Dermatology Online Journal* 17 (6): 2, 2011 |
| | Shortell, S, Swartzberg, JE.  The Physician As Public Health Professional in the 21st Century  *Journal of the American Medical Association*  300:  2916-2919, 2008 (Dec.) |
| | Ng C and Swartzberg JE. Evaluation of hospital policies regarding surgeons infected with bloodborne pathogens.  *Infection Control and Hospital Epidemiology* 2005; 26(4):410-4. |
| | Lashof, J. C., Margen, S., Swartzberg, J. E., & Herskowitz, I. (2002). Regulating natural health products [4] (multiple letters). *Science*, *296*(5565), 46-47. |
| | Swartzberg, John E. and Margen, Sheldon (eds.) <u>The Complete Home Wellness Handbook.</u> New York: Rebus, 2001. |
| | Steinbach A; Swartzberg J; Carbone V. " The Berkeley Suitcase Clinic: homeless services by undergraduate and  medical student teams." Academic Medicine, 2001 May, 76(5):524. |
| | Swartzberg J and Margen S. Eat, Drink, and Be Healthy: The Harvard  Medical School Guide to Healthy Eating (Book Review). Am J of Epimiol. 2001. 154(12): 1160-1161. |
| | Chen, J. L., Barrett, T., Jamasbi, R. J., Morley, B. P., & Swartzberg, J. E. (2002). Infections associated with intra-spinal catheter-pump systems for severe pain management [2]. *Journal of Hospital Infection*, *50*(4), 322-323. doi:10.1053/jhin.2001.1156 |
| | Swartzberg, John E. and Margen, Sheldon (eds.) <u>The UC Berkeley Wellness Self-Care Handbook</u>. New York: Rebus, 1998. |
| | Wertz RK, Swartzberg JE. Computerized interpretation of minimum inhibitory concentration antimicrobic susceptibility testing. Am J Clin Pathol. 1981 Mar; 75(3):312-319. |
| | Swartzberg JE, Maresca RM, Remington JS. Clinical study of gastrointestinal complications associated with clindamycin therapy. J Infect Dis. 1977 Mar; 135 Suppl: S99-103. |
| | Swartzberg JE, Maresca RM, Remington JS. Gastrointestinal side effects associated with clinidamycin. 1,000 consecutive patients. Arch Intern Med 1976 Aug;136(8)876-879. |
| | Swartzberg JE, Krahenbuhl JL, Remington JS. Dichotomy between macrophage activation and degree of protection against Listeria monocytogenes and Toxoplasma gondii in mice stimulated with Corynebacterium parvum. Infect Immun. 1975 Nov; 12(5):1037-1043. |

Swartzberg JE, Remington JS. Transmission of Toxoplasma. Am J Dis Child. 1975 Jul; 129(7):777-779.

Swartzberg J, Kern F Jr. Hepatitis B antibody. JAMA 1973 Apr 23; 224(4): 527.

Swartzberg JE, Heibron D, Hinman F Jr. Disuse and increased function of the dog ureter. II. Effect on length. Urol Int. 1971; 26(1):51-64.

| | |
|---|---|
| **Media and Honors** | National book tour for The Complete Home Wellness Handbook, 2001 – 2003. |
| | Television:  Multiple appearances:  local, state (La Times), national (CNN, PBS), and international (BBC, Euronews, Eurovision) |
| | Radio:  Multiple times annually for local radio news and NPR. |
| | Teacher of the Year, UC Berkeley School of Public Health:  1998 |
| **Consultation** | Dreyer's Ice Cream:  2001 |
| | Bay Area Rapid Transit:  2012, 2015, 2020 |
| | McKesson Corporation:  2020 |
| | CooperVision:  2020 |
| | Ford Motor Company:  2020 |
| | Pac 12 Covid-19:  2020 |
| | Maxim Integrated:  2020 |