Robert Patrick Sticht (SBN 138586)
T. Russell Nobile*
Robert Popper*
Eric Lee (SBN 327002)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
(202) 646-5172
(202) 646-5199 (fax)
Rsticht@judicialwatch.org
Rnobile@judicialwatch.org
Rpopper@judicialwatch.org
Elee@judicialwatch.org

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs Darrell Issa, Jerry Griffin, Michelle Bolotin, Michael Sienkie-wicz, and James B. Oerding*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Darrell Issa, et al, <br><br> Plaintiffs, <br><br> v. <br><br> Gavin Newsom, et al., <br><br> Defendants. | Case No. 2:20-cv-01044-MCE-CKD <br><br> **NOTICE OF VOLUNTARY DISMISSAL AND PROPOSED ORDER (FED. R. CIV. P. 41(A)(1)(A))** <br><br> Judge: Morrison C. England, Jr. |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs Darrell Issa, Jerry Griffin, Michelle Bolotin, Michael Sienkiewicz, and James B. Oerding ("Plaintiffs") hereby voluntarily dismiss this action in its entirety.

On May 21, 2020, Plaintiffs filed this action against Gavin Newsom and Alex Padilla, in their official capacities ("Defendants"), challenging the constitutionality of Defendant Newsom's Executive Order N-64-20, which ordered California to automatically send vote-by-mail ballots to every registered voter for the November 3, 2020 general election. Plaintiffs moved for preliminary injunction on Counts I and II on June 11, 2020. (ECF No. 38.)

On June 18, 2020, the California Legislature enacted AB 860. (ECF No. 54.) Plaintiffs are authorized to state on behalf of Defendants Newsom and Padilla as follows: "As previously stated in their filings, Defendants confirm that Executive Order N-64-20 has been superseded by AB 860; as a result of the enactment of AB 860, Defendants will not rely upon Executive Order N-64-20 in connection with the November 2020 election." (See ECF No. 59 at 7.)

Accordingly, Plaintiffs hereby voluntarily dismiss this action. Plaintiffs and Defendants Newsom and Padilla agree that they will bear their own attorneys' fees, expenses, and costs.

July 9, 2020

JUDICIAL WATCH, INC.

By: *s/ Russell Nobile*
Robert Patrick Sticht (SBN 138586)
T. Russell Nobile*
Robert Popper*
Eric Lee (SBN 327002)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
(202) 646-5172
(202) 646-5199 (fax)
Rsticht@judicialwatch.org
Rnobile@judicialwatch.org
Rpopper@judicialwatch.org
Elee@judicialwatch.org

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

**PROPOSED ORDER**

In consideration of Plaintiffs' Notice of Voluntary Dismissal, Plaintiffs Darrell Issa, Jerry Griffin, Michelle Bolotin, Michael Sienkiewicz, and James B. Oerding's complaint is dismissed under Federal Rule of Civil Procedure 41(a)(1)(A).   The parties shall bear their own attorneys' fees, expenses, and costs.

IT IS SO ORDERED.

Dated: _____, 2020          _____
                                        Morrison C. England, Jr.
                                        United States District Court Judge